# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Main
(914) 946-1216 Fax
jacksonlewis.com

May 9, 2025

**VIA ECF Letter Motion**
Hon. Judge Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007

**Re:    Riley v. Intimacy Management Company, LLC**
      **Case No. 1:25-cv-00051-VEC**

Dear Judge Caproni:

We represent Defendant Intimacy Management Company, LLC. (hereinafter as "Defendant") in connection with the above referenced matter.  We write to inform the court that the Defendant and Plaintiff Amanie Riley have reached a preliminary settlement. The parties are preparing a formalized agreement in writing. In light of the settlement, the parties respectfully request that the Court cancel the Initial Pretrial Conference scheduled for May 9, 2025.

Thank you for your consideration.

Respectfully submitted,

  */s/Jason Mattar*_____
Jason Mattar
914-872-6915
Jason.Mattar@JacksonLewis.com
Jackson Lewis P.C.

cc:    All counsel (via ECF)
4910-8205-3185, v. 1